

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00237-CR

AVERY JAY ALVAREZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B20518-1706, Honorable Kregg Hukill, Presiding

September 19, 2022

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Avery Jay Alvarez, appeals from the trial court's judgment adjudicating him guilty of possession of a controlled substance in a correctional facility and sentencing him to four years' confinement.[1]   Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.   As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.   As no decision of the Court

---

[1] *See* TEX. PENAL CODE ANN. § 38.11(d)(1).

has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.